AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District: DISTRICT OF RHODE ISLAND | |
|---|---|---|
| Name of Movant: JACINTO O. MORALES | Prisoner No.: 03637-070 | Case No.: 91-00118 |
| Place of Confinement: FCI, ELKTON. OHIO P.O.BOX 10 LISBON, OHIO 44432 | | |

UNITED STATES OF AMERICA V. JACINTO O. MORALES (name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack DISTRICT OF RHODE ISLAND

2. Date of judgment of conviction JUNE 2,1992

3. Length of sentence 210 months

4. Nature of offense involved (all counts) COUNT I and II : POSSESSION WITH INTENT TO DISTRIBUTE COCAINE, 21 U.S.C 841(a)(1) COUNT III POSSISION OF A FIREARM BY A CONVICTED FELON,18 U.S.C §922(g)(1)

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court The First Circuit Court of Appeals

(b) Result Affirmed

(c) Date of result 1995

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

(2) Nature of proceeding §2255 motion

(3) Grounds raised INEFFECTIVE ASSISTANT OF COUNSEL

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result DENIED

(6) Date of result 1996

(b) As to any second petition, application or motion give the same information:

(1) Name of court

(2) Nature of proceeding

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ______

(6) Date of result ______

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☐
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

LACK OF FUNDS AND INABILITY TO READ AND WRITE ENGLISH

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: WHETHER THE DISTRICT COURT COMMITTED CONSTITUTIONAL ERROR BY ENHANCING PETITIONER'S SENTENCE UNDER U.S V.BOOKER ??

Supporting FACTS (state *briefly* without citing cases or law)

SEE ATTACHED BREIF

B. Ground two: WHETHER THE DISTRICT COURT COMMITTED ERROR UNDER BOOKER BY SENTENCING PETITIONER UNDER A MANDATORY GUIDELINES SYSTEM ??

Supporting FACTS (state *briefly* without citing cases or law):

SEE ATTACHED BREIF

C. Ground three: IS A JUDGMENT THAT HAD ALREADY BECOME FINAL VOID FOR EXCESS AND/OR LACK OF JURISDICTION WHERE THE TRIAL COURT IMPOSEED AN ENHANCED UNCONSTITUTIONAL SENTENCE UNDER BOOKER ???

Supporting FACTS (state *briefly* without citing cases or law):

SEE ATTACHED BREIF

D. Ground four: ______

Supporting FACTS (state *briefly* without citing cases or law): ______

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing VINCENT A. INDEGLIA ESQ.
451 Broadway Providence, RI 02903

(b) At arraignment and plea ______

(c) At trial same above

(d) At sentencing same

AO 243 (Rev. 5/85)

(e) On appeal ___same above___

(f) In any post-conviction proceeding ___N/A___

(g) On appeal from any adverse ruling in a post-conviction proceeding ______

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: ______

(b) Give date and length of the above sentence: ______

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

______
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

December 29,2005
(date)

JACINTO MORALES Jacinto Morales
Signature of Movant