UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JACINTO O. MORALES

v. C.A. No. 06-04S

UNITED STATES OF AMERICA

TRANSFER ORDER

This Court's records show that the Petitioner has brought a previous application for relief under 28 U.S.C. § 2255. See *(Morales v. US, USDC RI No. 94-407B)*. As recently amended, 28 U.S.C. § 2255 provides:

> "[a] second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain –
>
> > (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
> >
> > (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable."

28 U.S.C. § 2244(b)(3)(A) states:

> "Before a second or successive application permitted by this section is filed in the District Court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."

Therefore, the Petitioner must move in the court of appeals for permission to pursue this application. For the Petitioner's benefit, this Court notes that any motion to the court of appeals must show that the new claim being raised by the instant application relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or that the claim is based on newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense. 28 U.S.C. § 2255.

Since it appears that the Petitioner submitted the instant application to this Court, unaware of the recent amendment to the statute requiring the court of appeals to authorize this filing, this matter is hereby transferred to the United States Court of Appeals for the First Circuit in the interest of justice. 28 U.S.C. § 1631.

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Dated: 1/12/06